IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: Search Warrants | Docket Nos. |
| | 22-1527-DLC |
| | 23-1330-DLC |
| | 23-1435-DLC |
| | 23-1440-DLC |
| | 23-1487-DLC |
| | 23-1509-DLC |
| | 24-1013-DLC |
| | 24-1014-DLC |

## MOTION TO UNSEAL

The United States of America respectfully moves this Court to unseal the search warrants, search warrant applications, supporting affidavits and exhibits, and any motions to seal for the following docket numbers: 22-1527-DLC, 23-1330-DLC, 23-1435-DLC, 23-1440-DLC, 23-1487-DLC, 23-1509-DLC, 24-1013-DLC, and 24-1014-DLC. In support of this motion, the government states that the Drug Enforcement Administration arrested the targets of the investigation and there is no reason to maintain the seal on the referenced search warrants and associated documents.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By:  */s/ Lauren A. Graber*
Lauren A. Graber
Assistant U.S. Attorney

Date: November 15, 2024

Allowed.

Donald L. Cabell
US Magistrate Judge